UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| THOMAS E. MYERS, | ) |
|  | ) No. CV-07-317-JLQ |
| Plaintiff, | ) |
|  | ) ORDER OF DISMISSAL WITH |
|  | ) PREJUDICE |
| vs. | ) |
|  | ) |
| THE CITY OF CHENEY, | ) |
|  | ) |
| Defendant. | ) |

Pursuant to the Stipulation of the parties (C.R. 63) filed this date, IT IS HEREBY ORDERED that the complaint and the claims therein shall be dismissed with prejudice without costs to any party.

The Clerk shall enter this Order. enter judgment as provided here, furnish copies to counsel, and close this file.

Dated this 26th day of April, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1