AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

THOMAS E. MYERS,

                JUDGMENT IN A CIVIL CASE

        v.

THE CITY OF CHENEY

              CASE NUMBER: CV-07-317-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint and the claims therein shall be dismissed with prejudice and without costs to any party.

April 26, 2010                JAMES R. LARSEN
*Date*                    *Clerk*

                       s/ Virginia Reisenauer
                       *(By) Deputy Clerk*
                       Virginia Reisenauer